IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-cv-556-D

| Johnny Brown | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) ORDER |
| Andrew Saul, | ) |
| Commissioner of | ) |
| Social Security, | ) |
| | ) |
| Defendant. | ) |

Plaintiff, through counsel, has submitted a Consent Motion for Voluntary Dismissal of Plaintiff's Complaint.

Plaintiff's motion is hereby GRANTED and Plaintiff's Complaint shall be dismissed without prejudice.

So ORDERED. This __3__ day of July, 2019.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE